In the Matter of QUEENS-NASSAU TRANSIT LINES, INC., Appellant, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.

Argued June 11, 1945; decided July 19, 1945.

*Frederick Evan Crane, George H. Stover* and *Harold J. Cloutman* for appellant.

*Jacob I. Goodstein* for East Side Omnibus Corporation et al., *amici curiæ,* in support of appellant's position.

*Boykin C. Wright* for New York City Omnibus Corporation et al., *amici curiæ,* in support of appellant's position.

*Walter R. Hart* for Manhattan and Queens Bus Corporation et al., *amici curiæ,* in support of appellant's position.

*Alfred E. Mudge, Henry R. Stern, A. M. Williams* and *William E. Tucker* for Staten Island Coach Company, Inc., *amicus curiæ,* in support of appellant's position.

*Philip Halpern* and *Philip Hodes* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.